NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERCK & CIE, BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS INC.,**
*Plaintiffs-Appellees*

v.

**WATSON LABORATORIES INC.,**
*Defendant-Appellant*

---

2015-2063, -2064

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00978-RGA and 1:13-cv-01272-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Watson Laboratories Inc. submits motions to expedite briefing and oral argument, proposing to file its opening brief by October 20, 2015.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appellees are directed to file a consolidated response to the motions no later than October 5, 2015.

(2) Watson's consolidated opening brief is due no later than October 20, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24