# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Merck & Cie, Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc.    v.    Watson Laboratories, Inc.

No. 15-2063, -2064

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Merck & Cie, Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Adam K. Mortara
Law Firm: Bartlit Beck Herman Palenchar & Scott LLP
Address: 54 West Hubbard Street, Suite 300
City, State and Zip: Chicago, Illinois 60654
Telephone: (312) 494-4400
Fax #: (312) 494-4440
E-mail address: adam.mortara@bartlit-beck.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/3/11

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 10/5/2015    Signature of pro se or counsel /s/ Adam K. Mortara

cc: All Counsel of Record

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   10/5/2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Adam K. Mortara | /s/ Adam K. Mortara |
| --- | --- |
| Name of Counsel | Signature of Counsel |

| | |
| --- | --- |
| Law Firm | Bartlit Beck Herman Palenchar & Scott LLP |
| Address | 54 West Hubbard Street, Suite 300 |
| City, State, Zip | Chicago, Illinois 60654 |
| Telephone Number | (312) 494-4400 |
| Fax Number | (312) 494-4440 |
| E-Mail Address | adam.mortara@bartlit-beck.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields